# OSBORN LAW P.C.

Daniel A. Osborn, Esq.            dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.            ltrust@osbornlawpc.com

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: November 24, 2025
>
> The extension request is GRANTED and schedule proposed herein is ADOPTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 14.

        Re:    *Roman Martinez v. Commissioner of Social Security*
                    Civil Action No. 1:25-cv-04083-VF

Dear Judge Figueredo,

    The undersigned represents plaintiff, Raf B Roman Martinez, in this action. In view of the recent lapse in appropriations for certain federal government functions, and the November 12, 2025 restoration of funding, we write to respectfully propose scheduling deadlines in this case consistent with the Court's October 2, 2025 Amended Standing Order. Defendant consents to this request.

    On October 2, 2025, Chief Judge Swain entered an Amended Standing Order staying certain deadlines in civil cases where the Government is a party considering the lapse in funding to the U.S. Department of Justice. *In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3. The Amended Standing Order presumptively stayed all civil cases (other than civil forfeiture cases, immigration cases, habeas petitions, or cases requesting temporary restraining orders or other emergency relief) in which the United States Attorneys' Office for the Southern District of New York represents the United States (or its agencies) until the day after the restoration of funding. It further extended all deadlines "for a period of time equal to the number of calendar days between September 30, 2025 and" the restoration of funding. The lapse in appropriations, which ended with legislation signed by the President on November 12, 2025, lasted 43 days. Thus, in accordance with the Amended Standing Order, it is submitted that all deadlines in this case have been extended thus far for a total of 43 days.

Pursuant to the Amended Standing Order, the deadline for Plaintiff's motion for judgment on the pleadings is now **December 31, 2025**. Because of the significant overlapping of deadlines caused by the lapse in funding and the intervening holidays, with Defendant's consent, Plaintiff respectfully requests that the Court extend that deadline by an additional 90-days.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **March 31, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 1, 2026**; and

- Plaintiff to file his reply, if any, on or before: **June 15, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:  212-725-9800
Facsimile:   212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)