UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAF B. ROMAN MARTINEZ,

                        Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY.,

                        Defendant.

25 CIVIL 4083 (VF)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated May 19, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, Plaintiff will be offered the opportunity for a new hearing. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York
            May 20, 2026

                                        TAMMI M. HELLWIG
                                        _____
                                        **Clerk of Court**

                        **BY:**

                                        _____
                                        **Deputy Clerk**